IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TERRANCE BRANCH, | § | |
| | § | No. 229, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1605018735 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 29, 2019
Decided: October 30, 2019

**O R D E R**

It appears to the Court that, on October 11, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Terrance Branch, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Branch received the notice to show cause on October 16, 2019. A timely response to the notice to show cause was due on or before October 28, 2019. The appellant has not responded to the notice to show cause nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice